**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

CESAR HERNANDEZ-ALCANTAR,

                Defendant.

CASE NO. 11CR5158-

**JUDGMENT OF DISMISSAL**

---

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

8 USA 1326(a) and (b)

---

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/12/2011

Irma E. Gonzalez
U.S. District Judge